**Motion GRANTED and Order filed July 3, 2019.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00524-CV
_____

**IN RE MICHAEL REILLY AND RAVAGO AMERICAS D/B/A GENESIS POLYMERS, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-47163**

---

## ORDER

On July 2, 2019, relators Michael Reilly and Ravago Americas d/b/a Genesis Polymers, filed a petition for writ of mandamus asking this court to order the Honorable Larry Weiman, Judge of the 80th District Court, in Harris County, Texas, to vacate his June 13, 2019 "Order Denying Defendants' Motion to Dismiss Pursuant

to the Texas Citizens Participation Act" and his June 25, 2019 "Trial Preparation Order."

Relators have also filed a motion for temporary relief, asking this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' request for temporary relief and issue the following order:

We **ORDER** all proceedings in the trial court, including the June 13, 2019 "Order Denying Defendants' Motion to Dismiss Pursuant to the Texas Citizens Participation Act" (to the extent it requires the parties to take action regarding an award of attorney's fees) and the June 25, 2019 "Trial Preparation Order", **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests Premier Polymers, LLC, the real party-in-interest, to file a response to the petition for writ of mandamus on or before July 17, 2019**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Justices Christopher, Bourliot, and Zimmerer.